**No. 66872.**—A. N. Deringer, Inc. *v.* United States, protest 59/4352 (Portland, Maine).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 66873.**—S. Berger Co. et al. *v.* United States, protests 61/18609, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.